BARBERTON (City) ex rel PLATT v. DUTT, Aud.

Ohio Appeals, 9th Dist., Summit Co.

No. 1184. Decided June 10, 1926

851. NOTICE—Requirement of statute that notice or information of tax, exceeding limitation fixed by law, be brought to attention of voter prior to election is mandatory; and failure to comply renders the election invalid. WASHBURN, J.

This is an appeal case wherein it is sought by the plaintiff to enjoin the authorities of the city of Barberton from issuing and selling certain bonds of said city and from buying and collecting a tax to retire such bonds.

It is claimed that the procedure for the issue of the bonds was not followed and because of this defect the proposed issue is illegal. The defect complained of is that the legal requirement that the auditor estimate and formally certify the rate of tax above the limitation, which would be necessary by the proposed bond issue, was not complied with in that these facts were shown on the ballots but not in the notice of election. This defect renders the election illegal is the contention of the plaintiff. On appeal from the Summit Common Pleas the Court of Appeals held:

1. The principal object of the election was to determine whether, in order to pay for the improvement, the electors would authorize the levy of a tax which would exceed the tax limitations provided by law.

2. It was of prime importance therefore to know the real object and purpose of the election, if not by the required notice, then through other sources, such as newspaper articles, or discussions and comments.

3. The law requiring the notice of election to contain the information that it was proposed to levy a tax over and above the limitation provided by law, was passed for the protection of the taxpayer and it was intended that such important fact should be made known at an early stage of the proceedings so that the taxpayers might consider it.

4. It seems apparent that information as to exceeding tax limitations and references thereto are the most important elements affecting the merits of the election and are mandatory.

5. Since information was not brought home to the electors by any other means than by ballots, there was a failure to comply with the law as to notice and the election was rendered invalid.

Prayer of petition granted.

Attorneys—G. R. Platt, Barberton, for City; Ray E. Morton, Barberton, & G. W. Booth, Akron, for Dutt.